IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-02586-RPM

TANJA COBURN,

    Plaintiff,
v.

STANDARD INSURANCE COMPANY and
LONG TERM DISABILITY INCOME BENEFIT PLAN OF
CHERRY CREEK SCHOOL DISTRICT NO. 5,

    Defendants.

_____

ORDER VACATING MINUTE ORDER SETTING SCHEDULING CONFERENCE
_____

    Upon reassignment of this civil action and this Court's case management procedures, it is

    ORDERED that the Minute Order Setting Scheduling Conference entered by Magistrate Judge Michael E. Hegarty on November 25, 2015, is vacated.

    DATED:   December 14, 2015

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior Judge