IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-02586-RPM

TANJA COBURN,

    Plaintiff,

v.

STANDARD INSURANCE COMPANY and
LONG TERM DISABILITY INCOME BENEFIT PLAN OF
CHERRY CREEK SCHOOL DISTRICT NO. 5,

    Defendants.

_____

ORDER GRANTING STIPULATION FOR DISMISSAL OF DEFENDANT LONG TERM DISABILITY BENEFIT PLAN OF CHERRY CREEK SCHOOL DISTRICT NO. 5

_____

Pursuant to the stipulation for dismissal [Doc. 20], it is

ORDERED that all claims asserted by Plaintiff against Long Term Disability Benefit Plan of Cherry Creek School District No. 5 are dismissed with prejudice, each party to bear her or its own costs and expenses, including any attorneys' fees.

DATED:   December 23, 2015

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge